FILED BY _____ D.C.

08 MAR 25 PM 3: 35

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: **08-80315**

**CIV-MIDDLEBROOKS**

MAGISTRATE JUDGE
WHITE

Charles Thomas Mathis
(Enter the full name of the plaintiff in this action)

v.

Ric Bradshaw

Palm Beach County Sheriff office

DR. Pierre Dorsainvil

Armor Correctional Health Inc

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

cat/div WPB/42:1983 PL
Case # 08-80315-CV
Judge DMM   Mag WHITE
Motn Ifp YES   Fee pd $ —
Receipt # —

Page 1 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.  **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.  Name of plaintiff: Charles Thomas Mathis

Inmate #: 0222030

Address: Palm Beach County Jail P.O. Box 24716 West Palm Beach Florida 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.  Defendant: Ric Bradshaw - Palm Beach County Sheriff office

is employed as Sheriff

at Palm Beach County Sheriff office

C.  Additional Defendants: DR. Pierre Dorsainvil - Medical Director Armor Correctional Health Inc.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

II.   **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need.  Attach an additional blank page if necessary.

On the fourth day of october, year two thousand six At or about 1:30 Am. During my incarceration At the Palm Beach County Stockade, Delta Dorm east wing. I got up from my sleep to use the restroom. Due to the fact that the night lights where on and i was half asleep I didn't notice A huge puddle of standing water in the middle of the restroom floor. At that time i steped in the puddle sliped backwards And fell directly on my lower back. At this time Deputy twigg And deputy Back ran into the dorm. Apparently the deputy's herd the impact of my fall from the officers Station. The Midnight nurse was called And i was transported to Medical on A streacher, By Deputy Tommey. There was no wet floor sign or Caution in the restroom, that would have given warning to these hazardest conditions

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There was no reason for these hazardest conditions. Showers were over at 11:00 pm. If the deputy's conducted their security checks they should have seen these conditions. And the inmates should have been given cleaning supply's to Eliminate the slip hazard condition.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary Compensation, for Gross Negligence, Emotional distress, Punitive damages, continuing damages, future damages. Any And all future Medical Expences
  Plaintiff request's Adequate medical care Visits to A Neroligist, an orthopedic specialist, Diagnostic testing, Massage therapy, Physical therapy, Electronic Stimulation, Hot packs, Back Brace Ultra Sound / Traction
    Any other Remedy the honorable court Deems necessary

### IV. Jury Demand

Do you demand a jury trial?  ✓ Yes   ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this **MArch** day of **Wednesday ninteenth**, 20**08**

_____Charle Thomas mathi_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: **3/19/08**

_____Chas Thom mall_____
(Signature of Plaintiff)

On 10/4/06 Deputy Tommey rolled me on a streacher to the Palm Beach County Stockade medical dept. In reference to an injury that had just occured where I sliped and fell directly on my lower back. I laid on the streacher for (9) nine hours. There was no emergency unit called and they refused to take me to the hospital. At 10:00 Am upon the Doctor's request, Corporal Santiago transported me to the main detention center infirmary.

On 10/5/06 while in the Palm Beach Count main detention center infirmary, I was seen by Doctor Pierre Dorsainuil, in reference to the pain that I was feeling in the lower area of my back. Doctor P. Dorsainuil asked me several questions. I advised the doctor that it was hard for me to walk, due to the fact that I was having sharp pain in the lower area of my back.

Doctor P. Dorsainuil then told me, to hold on to the back of a wheel chair that I was in and try to walk. I attemped to walk a few feet while holding the back of the chair. but I bear the excruciating pain and burning in the lower area of my back. Doctor P. Dorsainuil advise me that I would be alright in a couple of days. That night I was taken from the infirmary, and placed in another medical cell. Still in the wheel chair.

By 10/6/06, the pain had become unbarable, I requested to see the doctor. the following day on 10/7/06, I was seen by the sick call nurse where I advise her how serious the pain had become. The nurse advise me that I would be seen by the doctor on 10/10/06. but to no avail, and from 10/7/06 to 10/12/06 my condition became worse than before.

I requested medical care several times on 10/12/06. After requesting, I was seen by the sick call nurse again. This attempt to resieve treatment was unsucesful.

On 10/14/06 I went to medical again. this too was unsucesful. I was given motren, which to no avail did it do anything for my pain in my lower back. On 10/14/06 I filed a inmate grievance, due to the lack of medical treatment that I was recieving.

On 10/20/06 an x-ray was done on the lower area of my back. I was advised by the technician who did the x-ray that there was a disfigurement in my spine from 10/21/06 to 11/7/06 I went to the medical department several more times. but to no avail did I recieve medical treatment.

On 11/8/06 I was transported to Palms West Medical Center, where conducted an MRI on my back. upon which I was diagnosied with "Acute Siatica. From 11/10/06 to 12/6/06 I requested/declared several medical emergencies. Just to get motran. and some times I was given muscel relaxers.

Dr. P. Dorsainvil again. Dr. P. Dorsainvil and Dr. Brazial issused me a walker so I could get off the wheel chair, that I was in. I asked Dr. P. Dorsainvil about some kind of physical therapy, and pain management. So that I wouldn't have to endure the high level of pain that I was (am) in. Dr. P. Dorsainvil advised me, if I wanted any kind of physical therapy or any-thing to that effect. I would have to pay for it my self and obtain my own personal doctor.

As to date of 3/17/08 I still have yet to recieve any kind of physical therapy, or any therapeutic treatment that could have prevented futher injury to my spine. So I was forced to try to preform some kind of own self physical therapy to prevent the muscels in my legs from deteriorating from the lack of use.

Dr. P. Dorsainvil knows of my spinal conditions and he has the knowledge that the may be /or is nerve damage. Dr. P. Dorsainvil is aware that I need treatment, but to no avail. The fact that he (Dr. P. Dorsainvil) has ignored this injury for so long and now I have an irreparable injury to my spine that could have been avoided by providing adaquate medical care. It has also reached the point to where I am unable to walk with out losing my balance, this is becomming a very serious situation that needs to be reviewed, to prevent futher complication. I have been suffering for over (18) eighteen month, and have yet had any form of proper medical treatment for this on going condition.

4 of 5