UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-80315-CIV-MIDDLEBROOKS/WHITE

CHARLES THOMAS MATHIS,

    Plaintiff,

v.

RIC BRADSHAW, et al.,

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS [DE 30]

**THIS CAUSE** came before the Court upon the Petitioner's amended *pro se* civil rights complaint for damages pursuant to 42 U.S.C. § 1983 [DE 11]; Defendants' Motion to Dismiss [DE 20], and the Magistrate Judge's Report and Recommendation ("Report") [DE 30]. The Court has reviewed the record and the Report. No party has filed an objection to the Report. Accordingly, for the reasons set forth in the Report and an independent *de novo* review, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge White's Report [DE 30] is **RATIFIED, ADOPTED and APPROVED** in its entirety. Defendants' Joint Motion to Dismiss [DE 20], treated as a motion for summary judgment, is **GRANTED** as to all claims and defendants. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 9 day of February, 2009.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

cc:    Charles Thomas Mathis, *pro se*
        No. 0222030
        Palm Beach County Jail
        P.O. Box 24716
        West Palm Beach, FL 33416

        Counsel of Record